In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-270 CR


 ______________________


 

DAVID ALLEN SUMRALL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-060478-R






MEMORANDUM OPINION
 

 David Allen Sumrall was convicted and sentenced on an indictment for evading arrest
or detention. Sumrall filed a notice of appeal on May 23, 2007. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
certification, which is personally signed by the appellant, also certified that appellant waived
his right to appeal. The trial court's certification has been provided to the Court of Appeals
by the district clerk.

 On May 31, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 


 

 DAVID GAULTNEY

 Justice


Opinion Delivered August 1, 2007

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.